UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate Docket No. 08 MJ 1337 |
| Plaintiff, | ) |
| | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) |
| | ) Title 8, U.S.C., Section 1326 |
| David RIVERA, | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about **April 28, 2008**, within the Southern District of California, defendant, **David RIVERA**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **29th** DAY OF **APRIL 2008.**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE



**CONTINUATION OF COMPLAINT:**
**David RIVERA**

## PROBABLE CAUSE STATEMENT

On April 28, 2008, at approximately 8:25 a.m., Supervisory Border Patrol Agent R. Matta was conducting assigned duties near Potrero, California. Agent Matta was traveling eastbound on State Route 94 when he observed an individual walking westbound on the north side of SR 94. This area is approximately five miles east of the Tecate, California Port of Entry and one mile north of the United States/Mexico international boundary.

Agent Matta observed the individual, later identified as the defendant **David RIVERA**, and noticed him appearing tired and lost. Agent Matta turned around to determine the health and safety of the defendant. Agent Matta approached the defendant and noticed that he was dirty and had brush marks throughout his clothes. Agent Matta identified himself as a United States Border Patrol Agent and then questioned the defendant as to his citizenship. The defendant stated that he was a Mexican citizen with no documents that would allow him to enter into or remain in the United States. The defendant was placed under arrest and was taken to the Tecate Processing Center for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on **September 3, 2003**, through the **Port of Entry at Laredo, Texas**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.