1  **SARA M. PELOQUIN**
California State Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone: (619) 234-8467, ext. 3716
4  sara_peloquin@fd.org

5
Attorneys for Mr. Rivera
6

7

8
UNITED STATES DISTRICT COURT
9
SOUTHERN DISTRICT OF CALIFORNIA
10
**(HONORABLE LARRY A. BURNS)**
11

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1453-LAB |
|---|---|---|
| Plaintiff, | ) | DATE: June 30, 2008 |
|  | ) | TIME: 2:00 P.M. |
| v. | ) |  |
|  | ) | NOTICE OF MOTIONS AND |
| DAVID RIVERA, | ) | MOTIONS TO: |
|  | ) |  |
| Defendant. | ) | 1) COMPEL DISCOVERY; |
|  | ) | 2) DISMISS THE INDICTMENT; |
|  | ) | 3) SUPPRESS EVIDENCE; |
|  | ) | 3) SUPPRESS STATEMENTS; AND |
|  | ) | 4) LEAVE TO FILE FURTHER MOTIONS |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
      ALESSANDRA P. SERANO, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on June 30, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, Mr. David Rivera, by and through his counsel, Sara Peloquin and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

//

//

//

//

//

**MOTIONS**

Mr. David Rivera, by and through his attorneys, Sara Peloquin, and Federal Defenders of San Diego, Inc., pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Compel Discovery;

2) Dismiss the Indictment;

3) Suppress Evidence;

4) Suppress Statements; and,

4) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated:  June 9, 2008                              */s/ Sara M. Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rivera