1  **SARA M. PELOQUIN**
   California Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: sara_peloquin@fd.org

5  Attorneys for Mr. David Rivera

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE LARRY A. BURNS)**

11  UNITED STATES OF AMERICA,          )   Case No.: 08CR1453-LAB
                                       )
12              Plaintiff,             )   Date:        June 30, 2008
                                       )   Time:        2:00 p.m.
13  v.                                 )
                                       )
14  DAVID RIVERA,                      )
                                       )   **DECLARATION OF DAVID RIVERA**
15              Defendant.             )
                                       )
16                                     )
                                       )
17                                     )
                                       )
18  _____)

19      I, DAVID RIVERA, declare the following to be true, under penalty of perjury:

20      1.      I am the accused in the above-captioned case and make this declaration in support of a

21  motion filed by my attorney.

22      2.      On April 28, 2008, at about 2 p.m., I was walking alone along Highway 94.

23      3.      I encountered a Border Patrol Agent in a green uniform.

24      4.      The agent told me to stop.

25      5.      I did not feel free to leave.

26      6.      The agent who arrested me did not tell me that I had a right to remain silent, to refuse to

27  answer questions or to have a lawyer present.

28      7.      I felt compelled to answer his questions.

///

8.   I was not read my rights until six hours later.

9.   I did not understand my rights when they were read to me.

10.   My lawyer has since explained my rights to me in a way I could understand.

11.   If I had understood my rights when I was interrogated by the Agents I would have asked for a lawyer.


I so declare this _9th_ day of June, 2008, in San Diego, California.


DAVID RIVERA, Declarant

2