| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | ALESSANDRA P. SERANO |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 204796 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California  92101 |
| 5 | Telephone: (619) 557-7084 |
| | Email: alessandra.p.serano@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No.    08CR1453-LAB |
| | | ) | |
| 11 | Plaintiff, | ) | DATE:    June 30, 2008 |
| | | ) | TIME:    2:00 p.m. |
| 12 | v. | ) | |
| | | ) | GOVERNMENT'S NOTICE OF MOTIONS |
| 13 | DAVID RIVERA, | ) | AND MOTIONS FOR: |
| | | ) | |
| 14 | Defendant. | ) | (1)    Reciprocal Discovery |
| | | ) | (2)    Fingerprint Exemplars |
| 15 | | ) | |

16  <u>NOTICE OF MOTION</u>

17        TO:    Sara Peloquin, Esq., Counsel for Defendant DAVID RIVERA:

18        PLEASE TAKE NOTICE that on Monday, June 30, 2008, at 2:00 p.m., or as soon thereafter as

19  counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by its counsel, KAREN P.

20  HEWITT, United States Attorney, and ALESSANDRA P. SERANO, Assistant United States Attorney,

21  will move the court for an order granting the Government's Motion for Reciprocal Discovery and

22  Fingerprint Exemplars.

<u>MOTION</u>

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and ALESSANDRA P. SERANO, Assistant United States Attorney, and hereby moves this Court for an Order granting the Government's Motion for Reciprocal Discovery and Fingerprint Exemplars.

Dated: June 11, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Alessandra P. Serano
ALESSANDRA P. SERANO
Assistant United States Attorney