**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES AND ORDER THEREON**

CASE NO.:        08cr1453 LAB

TITLE:        USA v. Rivera

E-FILED DATE:  6/9/08                          DOCKET NO.:  9

DOCUMENT TITLE:        Memorandum of Points & Authorities

DOCUMENT FILED        Sara Peloquin for David Rivera
BY:

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

| x | Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
|  | ECF § 2(h) | Includes a proposed order or requires judge's signature |
|  | ECF § 2(a), (g) | Docket entry does not accurately reflect the document(s) filed |
|  | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments |
|  | ECF § 2(f) | Lacking proper signature |
|  | Civ. L. Rule 5.1 | Missing time and date on motion and/or supporting documentation |
|  | Civ. L. Rule 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/document(s) are not timely |
|  | Civ. L. Rule 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| X | Crim. L. Rule 47.1 | Briefs or memoranda exceed length restrictions: Briefs of memoranda shall not exceed twenty-five (25) pages in length. |
|  | Civ. L. Rule 7.1 | Missing table of contents and/or table of authorities |
|  | Civ. L. Rule 15.1 | Amended pleading not complete in itself |
|  |  | OTHER: |

**IT IS HEREBY ORDERED**:

| X | The document is accepted despite the discrepancy noted above.  Any further non-compliant documents may be stricken from the record. |
|---|---|
|  | The document is rejected.  It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
|  | Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1. |

DATED:    6-23-08                          BY: RLS, Judicial Assistant
                                               Chambers of Larry Alan Burns
                                               United States District Judge