1  KAREN P. HEWITT
   United States Attorney
2  ALESSANDRA P. SERANO
   Assistant U.S. Attorney
3  California State Bar No. 204796
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101
5  Telephone: (619) 557-7084
   Email: alessandra.p.serano@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )   Criminal Case No.   08CR1453-LAB
                                   )
11              Plaintiff,         )   DATE:   June 30, 2008
                                   )   TIME:   2:00 p.m.
12       v.                        )
                                   )   GOVERNMENT'S SUPPLEMENTAL
13  DAVID RIVERA,                  )   RESPONSE WITH EXHIBITS  IN SUPPORT
                                   )   OF RESPONSE AND OPPOSITION
14              Defendant.         )   TO MOTION TO SUPPRESS STATEMENTS
                                   )
15  _____)

16

17       COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel

18  KAREN P. HEWITT, United States Attorney, and ALESSANDRA P. SERANO, Assistant U.S.

19  Attorney, and hereby files its Supplemental Response and Opposition to the motion to suppress

20  statements filed on behalf of defendant DAVID RIVERA ("Defendant") which is based upon the files

21  and records of this case.

22

23

24

25

26

27

28

The Government hereby files (1) a true and correct translation from Spanish to English of the Defendant's post-<u>Miranda</u> statement and (2) a declaration by Agent Manuel Diego. The exhibits are attached hereto as Exhibits 1 and 2, respectfully. The DVD of the post-<u>Miranda</u> statement will be presented at the motion hearing scheduled for Monday, June 30, 2008 at 2:00 p.m.

Dated: June 27, 2008.

    Respectfully submitted,

    KAREN P. HEWITT
    United States Attorney


    s/Alessandra P. Serano
    ALESSANDRA P. SERANO
    Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                         )<br>                         Plaintiff,        )<br>                                                         )<br>             v.                                         )<br>                                                         )<br>DAVID RIVERA,                                )<br>                                                         )<br>                         Defendant.     )<br>_____) | Case No. 08CR1453-LAB<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

   I, ALESSANDRA P. SERANO, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action.  I have caused service of United States' Supplemental Response with Exhibits on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   Sara Peloquin, Esq.
   Federal Defenders of San Diego, Inc.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on June 27, 2008.

                                                            s/Alessandra P. Serano
                                                            ALESSANDRA P. SERANO