

**SOUTHERN DISTRICT OF CALIFORNIA**

**U.S. ATTORNEY'S OFFICE**

**FORENSIC BILINGUAL
TRANSCRIPTION AND TRANSLATION**

**Interview on Digital Video File**

**US V. RIVERA
08CR1453-LAB**

Prepared for Assistant U.S. Attorney Alessandra P. Serano

Certified by Carlos M. Izquierdo, USCCI
Language Specialist and Chief Interpreter
U.S. Attorney's Office

Case 3:08-cr-01453-LAB    Document 14-2    Filed 06/27/2008    Page 1 of 14

## SUMMARY

Juan David Rivera-Reyes, a defendant in an illegal re-entry case, is interviewed in Spanish. The interview, which is reproduced on a DVD, is transcribed and translated below.

The numbers in the middle column reflect the time as played back on Start-Stop Powerplay.

## LEGEND

| | |
|---|---|
| RIV: | DEFENDANT JUAN DAVID RIVERA-REYES |
| DIE: | SUPERVISOR BORDER PATROL AGENT MANUEL P. DIEGO |
| KEN: | SENIOR PATROL AGENT ADAM KENNEDY |
| | |
| [IA]: | INAUDIBLE |
| [UI]: | UNINTELLIGIBLE |
| [PH]: | PHONETIC |
| | |
| /: | Two or more words separated by a "/" are options, due to lack of clarity or specificity in the original language. |
| [ ]: | Text within brackets are inserts by the translator to aid in comprehension. After "you", [*pl*] indicates the plural form used in Spanish. |
| ...: | Pause in utterance. Unfinished or interrupted. |
| | |
| *Italics:* | *Source language is English* |
| **Normal Font:** | **Source language is Spanish** |

*Some words in the English translation have been purposely distorted and/or grammatical errors created, so as to reflect Spanish language errors or deficiencies. These words are some times followed by the notation "[sic]."*

I, Carlos M. Izquierdo, certified by the ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, under Certificate Number 95-041, as qualified for translating court proceedings in Spanish, declare that, to the best of my ability, on or about June 18th, 2008, in San Diego, CA, I corrected and certified the transcription in Spanish and translation into English of the interview found on the recording, whose full contents appear below.

_____

Carlos M. Izquierdo

Chief Interpreter; U.S. Attorney's Office, San Diego, CA

| | TRANSCRIPTION | | | TRANSLATION |
|---|---|---|---|---|
| | | | | |
| 1 | *Okay. Do you understand English or Spanish* | 00:00:09 | DIE | *Okay. Do you understand English or Spanish more?* |
| 2 | *more?* | | | |
| 3 | Poquito, ¿verdad? Poquito inglés, pero entiendo | | RIV | A little, right? A little English, but I understand Spanish more. |
| 4 | más español. | | | |
| 5 | ¿Entiendes más español? Okey. Le vamos | | DIE | Do you understand Spanish more? Okey. We're going to ask you se... several questions, huh?, and... and I'm going to re... read you your rights and everything. Uh, but I just want to tell you, uh, that because we're recording, you need to speak clear, huh?, clear and loud so that it can be heard. Okay? |
| 6 | hacer va... varias preguntas, ¿eh?, y... y lo voy a | | | |
| 7 | le... leer sus derechos y todo. Este, pero nomás | | | |
| 8 | le quiero decir, ah, que por la razón que estamos | | | |
| 9 | grabando, necesitas hablar claro, ¿eh?, claro y | | | |
| 10 | alto pa'que se oye. ¿Okey? | | | |
| 11 | Umjú. | | RIV | Uh-huh. |
| 12 | Ándale. Okey. *The following will be a statement* | | DIE | All right. Okay. *The following will be a statement under oath before Border Patrol... Supervisor Border Patrol Agent Manuel P. Diego and Senior Patrol Agent Adam Kennedy. Oh, excuse me. Witnessed by, uh, Su... uh, Senior Patrol Agent Adam Kennedy. The statement will be given at this time at the, uh, US Border Patrol Tecate Office, located at 438 Tecate Road, Tecate, California. Both of the agents present are dressed in complete Border Patrol uniforms and neither of them has a firearm in view of the interviewee. This statement will be given by Juan David Rivera-Reyes...* |
| 13 | *under oath before Border Patrol... Supervisor* | | | |
| 14 | *Border Patrol Agent Manuel P. Diego and Senior* | | | |
| 15 | *Patrol Agent Adam Kennedy. Oh, excuse me.* | | | |
| 16 | *Witnessed by, uh, Su... uh, Senior Patrol Agent* | | | |
| 17 | *Adam Kennedy. The statement will be given at* | | | |
| 18 | *this time at the, uh, US Border Patrol Tecate* | | | |
| 19 | *Office, located at 438 Tecate Road, Tecate,* | | | |
| 20 | *California. Both of the agents present are* | | | |
| 21 | *dressed in complete Border Patrol uniforms and* | | | |
| 22 | *neither of them has a firearm in view of the* | | | |
| 23 | *interviewee. This statement will be given by Juan* | | | |
| 24 | *David Rivera-Reyes...* | | | |
| 25 | Sí. | 00:01:32 | RIV | Yes. |
| 26 | *... the defendant in the case of United States of* | | DIE | *... the defendant in the case of United States of America vs. Juan David Rivera-Reyes. The date is the 28th of April, 2008, and the time now is 2:35. Is there a time on that, uh...?* |
| 27 | *America vs. Juan David Rivera-Reyes. The date* | | | |
| 28 | *is the 28th of April, 2008, and the time now is* | | | |
| 29 | *2:35. Is there a time on that, uh...?* | | | |
| 30 | *Actually, no.* | | KEN | *Actually, no.* |
| 31 | *Okay.* | | DIE | *Okay.* |
| 32 | *But it is recording.* | | KEN | *But it is recording.* |
| 33 | *Okay. 2:35... 2:35 p.m.* Okey. ¿Señor, está usted | | DIE | *Okay, 2:35... 2:35 p.m.* Okay. Sir, are you un... underneath [sic] the influence of any s... uh, subst... substance that alters your judgement like medicine, alcohol or drugs? |
| 34 | aba... abajo [sic] la influencia de cualquier s... ah, | | | |
| 35 | sust... sustancia que altera su juicio como | | | |
| 36 | medicinas, alcohol o drogas? | | | |

| | TRANSCRIPTION | | | TRANSLATION |
|---|---|---|---|---|
| 37 | No. | 00:02:23 | RIV | No. |
| 38 | Esta entrevista va a ser grabada usando una | | DIE | This interview is going to be recorded using a |
| 39 | cámara de video. ¿Entiende usted? | | | cam-corder. Do you understand? |
| 40 | Sí. | | RIV | Yes. |
| 41 | Okey.  Yo soy un agente con la patrulla de la | | DIE | Okay. I'm an agent of the Border Patrol, uh, of |
| 42 | frontera, ah, con la... con el Departamento de | | | the... of the Department of Customs and |
| 43 | Seguridad de la Tierra de los, eh... de la Tierra | | | Security of the Land [sic], uh... of the Land |
| 44 | de los Estados Unidos, y yo... y, ah, soy | | | [sic] of the United States, and I... and, uh, I'm |
| 45 | autorizado por la ley para administrar juramentos | | | authorized by law to administer oaths and |
| 46 | y tomar testimonio con relación a la ejecución de | | | take statements in relation with the execution |
| 47 | las leyes de Inmigración y Naturalización de los | | | of United States Immigration and |
| 48 | Estados Unidos. Yo deseo tomar una declaración | | | Naturalization laws. I wish to take a sworn |
| 49 | bajo juramento tocante a su entrada a los | | | statement regarding your entering the United |
| 50 | Estados Unidos. ¿Entiende usted? | | | States. Do you understand? |
| 51 | Umjú. Sí. | | RIV | Uh-huh. Yes. |
| 52 | Okey.  Tienes que... Tiene que... | | DIE |  Okay. You have to... You have to... |
| 53 | *All right, all right.* | | RIV | *All right, all right.* |
| 54 | ... contestar, ¿eh? Okey. | 00:03:15 | DIE | ... answer, okay? Okay. |
| 55 | [Clears throat] | | | [Clears throat] |
| 56 | Antes en el día le serví con una... o se fue | | | Previously during the day I served you with |
| 57 | servido con una forma titulada "El Aviso de | | | a... or you were served with a from entitled |
| 58 | Derechos" que explica sus derechos como un | | | "The Notification of Rights" that explains your |
| 59 | extranjero presente en los Estados Unidos | | | rights as an alien present in the United States |
| 60 | ilegalmente.  En esa forma usted admitió que | | | illegally.  On that form you admitted that you |
| 61 | usted estaba presente en los Estados Unidos | | | were present in the United States illegally and |
| 62 | ilegalmente y solicitó para volver a México lo más | | | requested to return to Mexico as soon as |
| 63 | pronto posible sin una audiencia antes de un juez | | | possible without a hearing before an |
| 64 | de Inmigración.  Sin embargo, la, ajá... las esas | | | Immigration judge.  However, the, ah-hah... |
| 65 | derechas se explican [sic] solamente a los, ah, | | | those rights are only explained [sic] to, uh, |
| 66 | procedimientos de Inmigración para quitar a | | | Immigration proceedings to take foreigners |
| 67 | extranjeros de los Estados Unidos.  Basado en | | | out of the United States. Based on new |
| 68 | evidencia nueva, usted ahora será procesado | | | evidence, now you'll be processed as a |
| 69 | como un crimen federal y esos derechos | | | federal crime [sic] and those previous rights |
| 70 | anteriores no más e... ah, aplican.  ¿Entiende | | | no longer e... uh, apply.  Do you understand? |
| 71 | usted? | | | |
| 72 | Sí. | | RIV | Yes. |
| 73 | ¿Sí entiende? | | DIE | You do understand? |
| 74 | Sí. | | RIV | Yes. |

| | TRANSCRIPTION | | | TRANSLATION |
|---|---|---|---|---|
| 75 | Okey. Que le... la forma en que usted firmó pa', | 00:04:26 | DIE | Okay. That the... the form on which you signed for, uh, a voluntarily exit... |
| 76 | ah, una salida voluntaria... | | | |
| 77 | Umjú. | | RIV | Uh-huh. |
| 78 | ... ya... ya no aplican, porque se... eh, va a ser | | DIE | ... no... no longer apply [sic], because it's... uh, it's going to be a... a... a cr... ah, criminal, uh, case. All right? |
| 79 | una... un... un caso, ah, cr... ah, criminal. ¿Está | | | |
| 80 | bien? | | | |
| 81 | [ui]. | | RIV | [ui]. |
| 82 | Okey. Entonces me dijo que entiende español | | DIE | Okay. So you told me you understand Spanish more. I'm going to read you your rights in, ah... in Spanish. "Before we ask you any questions, you must understand your rights. You have the right to remain silent." Do you understand your right? |
| 83 | más. Le voy a leer sus derechos en, ah... en | | | |
| 84 | español. "Antes de que le hagamos cualquier | | | |
| 85 | pregunta, usted debe de comprender sus | | | |
| 86 | derechos. Usted tiene el derecho de guardar | | | |
| 87 | silencio". ¿Entiende usted su derecho? | | | |
| 88 | Sí. | | RIV | Yes. |
| 89 | "Cualquier cosa que usted diga puede ser, ah, | | DIE | "Anything you say can be, uh, used against you in a court of law or in any Immigration or administrative proceedings." Do you understand your right? |
| 90 | usada en su contra en un juzgado de leyes o en | | | |
| 91 | cualquier procedimiento administrativo o de | | | |
| 92 | Inmigración". ¿Entiende usted su derecho? | | | |
| 93 | Sí. | | RIV | Yes. |
| 94 | "Usted tiene el derecho de hablar con un | 00:05:14 | DIE | "You have the right to speak with an attorney so that he can advise you before we ask you any questions and to have him present with you during the questions." Do you understand your right? |
| 95 | abogado para que él le aconseje antes de que le | | | |
| 96 | hagamos alguna pregunta y de tenerlo presente | | | |
| 97 | con usted durante las preguntas". ¿Entiende | | | |
| 98 | usted su derecho? | | | |
| 99 | Sí. | | RIV | Yes. |
| 100 | Ah, más alto pa'que se oiga, ¿eh? | | DIE | Uh, louder so that it can be heard, okay? |
| 101 | Sí. | | RIV | Yes. |
| 102 | Okey. | | DIE | Okay. |
| 103 | [Clears throat] | | | [Clears throat] |
| 104 | "Si usted no tiene el dinero para emplear a un | | | "If you don't have the money to hire an attorney, one can be supplied to you before we ask you any questions, if you wish." Do you understand your right? |
| 105 | abogado, se le puede proporcionar uno antes de | | | |
| 106 | que le hagamos alguna pregunta, si usted lo | | | |
| 107 | desea". ¿Entiende usted su derecho? | | | |
| 108 | Sí. | | RIV | Yes. |

| | TRANSCRIPTION | | | TRANSLATION |
|---|---|---|---|---|
| 109 | "Si usted decide contestar nuestras preguntas | 00:05:46 | DIE | "If you decide to answer our questions now without having an attorney present, you will always have the right to stop answering whenever you wish. You also have the right to stop answering whenever you wish until you can speak with an attorney." Do you understand your right? |
| 110 | ahora sin tener a un abogado presente, siempre | | | |
| 111 | tendrá usted el derecho de dejar de contestar | | | |
| 112 | cuando guste. Usted también tiene el derecho de | | | |
| 113 | dejar de contestar cuando guste hasta que | | | |
| 114 | puede hablar con un abogado". ¿Entiende su | | | |
| 115 | derecho? | | | |
| 116 | Sí. | | RIV | Yes. |
| 117 | Okey. Ahora que le leí sus derechos, ¿quiere | | DIE | Okay. Now that I've read you your rights, do you want to answer questions now without having an attorney present? |
| 118 | usted contestar preguntas ahora sin tener un | | | |
| 119 | abogado presente? | | | |
| 120 | Sí, está bien. | | RIV | Yes, it's fine. |
| 121 | ¿Sí? | | DIE | Yes? |
| 122 | Está bien. | | RIV | It's fine. |
| 123 | Okey. Pe... pero no se oye. | | DIE | Okay. Bu... but it can't be heard. |
| 124 | Sí, está bien. | | RIV | Yes, it's fine. |
| 125 | Okey. [ui]... Okey. Favor de levantarse la mano | 00:06:18 | DIE | Okay. [ui]... Okay. Please, raise your right hand. Okay. Do you solemnly swear that all the statements you're going to make will be the truth, the whole truth and nothing but the truth, so help you... you God? |
| 126 | derecha. Okey. ¿Jura solemnemente que todas | | | |
| 127 | las declaraciones que va a hacer serán la | | | |
| 128 | verdad, la verdad entera y nada más que la | | | |
| 129 | verdad, que Dios lo... lo ayude? | | | |
| 130 | Sí. | | RIV | Yes. |
| 131 | Okey. Entonces vamos a empezar. ¿Cuál es su | | DIE | Okay. Then let's start. What's your true and correct name? |
| 132 | nombre correcto y verdadero? | | | |
| 133 | Juan David Rivera Reyes. | | RIV | Juan David Rivera-Reyes. |
| 134 | [ui]. | | KEN | [ui]. |
| 135 | [Voices overlap] | | | [Voices overlap] |
| 136 | Okey. A ver si oi bien. ¿Juan David Rivera | | DIE | Okay. Let's see if I heard correctly. Juan David Rivera-Reyes? |
| 137 | Reyes? | | | |
| 138 | Sí. | | RIV | Yes. |
| 139 | Okey. ¿Ha usado algunos otros nombres? | | DIE | Okey. Have you used any other names? |
| 140 | No. | | RIV | No. |
| 141 | ¿Qué nombres ha usado? ¿Qué otros nombres | | DIE | What names have you used? What other names have you used? Nothing? |
| 142 | ha usado? ¿Nada? | | | |
| 143 | No, pues el mismo. | | RIV | No, well, the same one. |
| 144 | Okey. ¿Dónde y qué fecha nació usted? | 00:07:31 | DIE | Where and on what date were you born? |

| | TRANSCRIPTION | | | TRANSLATION |
|---|---|---|---|---|
| 145 | En Guanajuato. | | RIV | In Guanajuato. |
| 146 | ¿Dónde en Guanajuato nació usted? | | DIE | Where in Guanajuato were you born? |
| 147 | [ui]. | | RIV | [ui]. |
| 148-149 | ¿[ui], Guanajuato? Okey. Ma... Alto pa'que se oiga. | | DIE | [ui], Guanajuato? Okay. Mo... Loud so that it can be heard. |
| 150 | [ui], Guanajuato. | | RIV | [ui], Guanajuato. |
| 151 | [Clears throat] | | DIE | [Clears throat] |
| 152 | Okey. ¿Y, ah, en qué fecha nació usted? | | | Okay. And, uh, on what date were you born? |
| 153 | 1981, 26 de septiembre. | | RIV | 1981, September 26th. |
| 154-155 | Okey. ¿De qué país es usted ciudadano o nacional? | | DIE | Okay. What country are you a citizen or national of? |
| 156 | Mexicano. | | RIV | Mexican. |
| 157-161 | Okey. ¿Tiene usted documentos que le permiten que usted entre a... Perdón. ¿Tiene usted documentos que le permitan que usted entra a... o pa... permanecer en los Estados Unidos legalmente? | | DIE | Okay. Do you have documents that allow you to enter the... I'm sorry. Do you have documents that allow you to enter the... or to st... to stay in the United States legally? |
| 162 | No. | 00:08:17 | RIV | No. |
| 163-164 | ¿De qué país son sus padres ciudadanos o nacionales? | | DIE | What country are your parents citizens or nationals of? |
| 165 | México. Mexicanos. | | RIV | Mexico. Mexicans. |
| 166 | ¿Ambos padres son mexicanos... | | DIE | Both parents are Mexicans... |
| 167 | Sí, son mexicanos. Sí. | | RIV | Yes, they're Mexicans. Yes. |
| 168 | ... o ciudadanos de México? | | DIE | ... or Mexican citizens? |
| 169 | Ambos. Son... son mexicanos. | | RIV | Both. They're... they're Mexicans. |
| 170-172 | Okey. ¿Tienen ellos documentos que le permitan que ellos, ah... que le permitan a ellos entrar o permanecer en los Estados Unidos legalmente? | | DIE | Okay. Do they have documents that allow them, uh... that allow them to enter or to stay in the United States legally? |
| 173 | No. | | RIV | No. |
| 174-175 | Okey ¿Ha sido deportado, excluido o quitado de los Estados Unidos alguna vez antes? | | DIE | Okay. Have you been deported, excluded or removed from the United States? |
| 176 | Sí. | | RIV | Yes. |
| 177 | Okey. ¿Y cuándo fue eso? | | DIE | Okay. And when was that? |
| 178 | Fue en el 2003. | 00:08:54 | RIV | It was in 2003. |
| 179 | ¿2003? | | DIE | 2003? |

| | TRANSCRIPTION | | | | TRANSLATION |
|---|---|---|---|---|---|
| 180 | Sí. | | | RIV | Yes. |
| 181 | ¿Sabe u... el mes y año o...? | | | DIE | Do you know a... what month and year or...? |
| 182 | No. | | | RIV | No. |
| 183 | ¿Pero en 2003? | | | DIE | But in 2003? |
| 184 | Septiembre. Fue en el... en el 2003. | | | RIV | September. It was in... in 2003. |
| 185 | ¿Cómo fue? ¿Lo arrestaron y lo sacaron? | | | DIE | How was it? Where you arrested and put out? |
| 186 | Sí. | | | RIV | Yes. |
| 187 | ¿Fuistes delante el juez? | | | DIE | Did you go before a judge? |
| 188 189 | Sí. No, no del juez. Nomás firmé en la... la deportación. | | | RIV | Yes. No, not before a judge. I only signed the... the deportation. |
| 190 | ¿La salida voluntaria? | | | DIE | The voluntary exit? |
| 191 | Sí, voluntaria. | | | RIV | Yes, voluntary. |
| 192 | ¿No fue deportado? | | | DIE | You were not deported? |
| 193 | No. No, nomás firmé mi deportación. | 00:09:11 | | RIV | No. No, I only signed my deportation. |
| 194 195 | ¿Qué nombre usó o qué nombre, ah, usted utilizó en esa vez? | | | DIE | What name did you use or what name, uh, did you use that time? |
| 196 | El mismo. | | | RIV | The same one. |
| 197 | ¿Y qué nombre es eso? | | | DIE | And what name is that? |
| 198 | Juan David Rivera Reyes. | | | RIV | Juan David Rivera-Reyes. |
| 199 200 | ¿Cómo y por dónde hizo usted su entrada a los Estados Unidos en esa vez? | | | DIE | How and where did you make your entrance into the United States that time? |
| 201 | Tijuana. | | | RIV | Tijuana. |
| 202 | ¿Por Tijuana? | | | DIE | Through Tijuana? |
| 203 | Umjú. | | | RIV | Uh-huh. |
| 204 205 | Okey. O sea, pero en los Estados Unidos, ¿qué pueblo entró? | | | DIE | Okay. I mean, but in the United States, what town did you enter? |
| 206 | Oh, [ui], California. | | | RIV | Oh, [ui], California. |
| 207 | Okey. No, digo... | | | DIE | Okay. No, I mean... |
| 208 | [ui]... | | | RIV | [ui]... |
| 209 210 | ... cuando entró desde Tijuana, ¿qué pueblo e... entró en los Estados Unidos? | 00:09:45 | | DIE | ... when you entered from Tijuana, what town did you e... enter in the United States? |
| 211 | California. | | | RIV | California. |

| | TRANSCRIPTION | | | TRANSLATION |
|---|---|---|---|---|
| 212 | ¿El pueblo no... no sabe cuál... cuál lo es? | | DIE | You don't... you don't know what... what town it is? |
| 213 | No. | | RIV | No. |
| 214 | Okey. ¿Pero sabes que entrastes ilegalmente... | | DIE | Okay. But you know you entered illegally... |
| 215 | Sí. | | RIV | Yes. |
| 216 | ... desde... desde Tijuana... | | DIE | ... from... from Tijuana... |
| 217 | Sí. | | RIV | Yes. |
| 218 | ... a... a California? | | DIE | ... to... to California? |
| 219 | Pa' California. Sí. | | RIV | To California. Yes. |
| 220 | [Coughs] | | DIE | [Coughs] |
| 221 | Ajá, cuando entró, ¿e... entró por el cerro o... | | | Ah-hah. When you entered, did you e... enter through the hills or... |
| 222 | Sí, por el cerro. | | RIV | Yes, through the hills. |
| 223 | ... la cerca, la garita o por dónde? | | DIE | ... the fence, the port of entry or through where? |
| 224 | Por el cerro. | 00:10:18 | RIV | Through the hills. |
| 225 | Por el cerro. ¿Ahí a un lado de Tijuana? | | DIE | Through the hills. There besides Tijuana? |
| 226 | Sí. | | RIV | Yes. |
| 227 | Okey. ¿El lado este o oeste o cómo? | | DIE | Okay. The east or west side or how? |
| 228 | No, pues no sé. No. | | RIV | No, well, I don't know. No. |
| 229 | ¿No sabes en qué lado del de... del de... de qué | | DIE | You don't know what side of the... of the... |
| 230 | parte de Tijuana? | | | what area in Tijuana? |
| 231 | No. | | RIV | No. |
| 232 | ¿Sabes, eh, en qué colonia estaba cuando | | DIE | Do you know, uh, what neighborhood you |
| 233 | brincó? | | | were in when you jumped? |
| 234 | No, no, pues no conozco Tijuana. [ui]. | | RIV | No, no, well, I'm not familiar with Tijuana. [ui]. |
| 235 | [Voices overlap] | | | [Voices overlap] |
| 236 | No conoces Tijuana. Okey. Ah, entonces, ¿ha, | 00:10:35 | DIE | You don't know Tijuana. Okay. Uh, so, have |
| 237 | ahm... ¿Ha solicitado al Procurador General de | | | you, uhm... Have you asked the United |
| 238 | los Estados Unidos por permiso para entrar a los | | | States Attorney General for a permit to enter |
| 239 | Estados Unidos después de que... después de | | | the United States after... after... after you... |
| 240 | que se... después de que se... sido deportado, | | | were deported, excluded or taken out? |
| 241 | excluido o quitado? | | | |
| 242 | No. | | RIV | No. |

| | TRANSCRIPTION | | | TRANSLATION |
|---|---|---|---|---|
| 243 | Cuando hizo usted su última entrada a... Oh, | | DIE | When you made your last entrance into the... |
| 244 | perdón. ¿Cuándo hizo usted su última entrada a | | | I'm sorry. When did you make your last |
| 245 | los Estados Unidos? | | | entrance into the United States? |
| 246 | Ho... hoy. | | RIV | To... today. |
| 247 | ¿Hoy? | | DIE | Today? |
| 248 | Pues sí. | | RIV | Well, yes. |
| 249 | Este... | | DIE | Uh... |
| 250 | Ah, sí. Pues sí. | | RIV | Uh, yes. Well, yes. |
| 251 | ¿Cómo a qué horas fue? | | DIE | Approximately at what time was it? |
| 252 | [Voices overlap] | | | [Voices overlap] |
| 253 | [ui]. | | RIV | [ui]. |
| 254 | El... Ho.. . hoy es... | 00:11:16 | DIE | The... To... today is... |
| 255 | No, ayer. Ayer. | | RIV | No, yesterday. Yesterday. |
| 256 | Hoy es, ahm... | | DIE | Today is, uhm... |
| 257 | Ayer domingo. | | RIV | Yesterday, Sunday. |
| 258 | Hoy es, ahm, lunes. | | DIE | Today is, uhm, Monday. |
| 259 | Ayer domingo. | | RIV | Yesterday, Sunday. |
| 260 | El 28 de... de Abri... Abril. Entonces... | | DIE | The 28th of... of Apri... April. So... |
| 261 | Ayer domingo. | | RIV | Yesterday, Sunday. |
| 262 | *[ui] saying yesterday?* | | KEN | *[ui] saying yesterday?* |
| 263 | [Voices overlap] | | | [Voices overlap] |
| 264 | ¿Ayer domingo? | | DIE | Yesterday, Sunday? |
| 265 | *Yesterday he crossed?* | | KEN | *Yesterday he crossed?* |
| 266 | *Yes.* | | DIE | *Yes.* |
| 267 | *All right.* | | KEN | *All right.* |
| 268 | *Uh, Sunday.* | | DIE | *Uh, Sunday.* |
| 269 | Ajá. | 00:11:30 | RIV | Ah-hah. |
| 270 | Ah, ¿como... más o menos a qué hora? | | DIE | Uh, approximately... around what time? |
| 271 | Como a las 8:00 [ui]. | | RIV | Around 8:00 [ui]. |
| 272 | ¿Como a las 8:00 de la...? | | DIE | Around 8:00 in the...? |
| 273 | Noche. | | RIV | Night. |

| | TRANSCRIPTION | | | TRANSLATION |
|---|---|---|---|---|
| 274 | De la noche. Okey. Cuando usted hizo su última | | DIE | At night. Okay. When you made your last entrance into the United States, did you know that you were violating the law? |
| 275 | entrada a los Estados Unidos, ¿sabía usted que | | | |
| 276 | violaba la ley? | | | |
| 277 | No. | | RIV | No. |
| 278 | ¿Sí me entiende la pregunta? | | DIE | You do understand my question? |
| 279 | Sí. | | RIV | Yes. |
| 280 | Cuando entraste a los Estados Unidos, ¿sabías | | DIE | When you entered the United States, did you know that you were violating the United States Immigration law? |
| 281 | que estabas violando la ley de Inmigración de los | | | |
| 282 | Estados Unidos? | | | |
| 283 | Pues esta vez, no, pero... | | RIV | Well, this time, no, but... |
| 284 | ¿No sabías que estabas entrando ilegalmente | | DIE | You didn't know that you were entering illegally or... |
| 285 | o... | | | |
| 286 | Sí, sí sabía que era ilegal. | 00:11:59 | RIV | Yes, I did know it was illegal. |
| 287 | Okey. Por... por eso le pregunto. Cuando usted | | DIE | Okay. That's... that's why I'm asking you. When you made the... your last entrance into the United States, did you know that you were violating the law? |
| 288 | hizo la... su última entrada a los Estados Unidos, | | | |
| 289 | ¿sabía que usted violaba la ley? | | | |
| 290 | Pos yo creo que sí. | | RIV | Well, I think I did. |
| 291 | Okey. ¿Cuál era su pro... Pero me dijo usted que | | DIE | Okay. What was your pur... But you told me that you kn... uh, you knew that you entered illegally, right? |
| 292 | s... uh, sabía que entró ilegalmente, ¿no? | | | |
| 293 | Sí, pues es lo que sé, señor. | | RIV | Yes, well, that's what I know, sir. |
| 294 | Okey. | | DIE | Okay. |
| 295 | [Voices overlap] | | | [Voices overlap] |
| 296 | [ui]. | | RIV | [ui]. |
| 297 | ¿Presentó papeles... | | DIE | Did you show papers... |
| 298 | No. | | RIV | No. |
| 299 | ... a un, ah, oficial de Inmigración cuando entró a | | DIE | ... to an, uh, Immigration officer when you entered the United States? |
| 300 | los Estados Unidos? | | | |
| 301 | No. | | RIV | No. |
| 302 | Okey. ¿Se presentó delante un, ah, oficial de | 00:12:27 | DIE | Okay. Did you go before an, uh, Immigration officer? |
| 303 | Inmigración? | | | |
| 304 | No. | | RIV | No. |
| 305 | Okey. ¿Cuál era su propósito para entrar a los | | DIE | Okay. What was your purpose for entering the United States? |
| 306 | Estados Unidos? | | | |
| 307 | Pues tengo a mí hija aquí, a mi familia. | | RIV | Well, I have my daughter here, my family. |

| | **TRANSCRIPTION** | | | **TRANSLATION** |
|---|---|---|---|---|
| 308 | Entonces, ¿qué es el propósito? | | DIE | So, what's the purpose? |
| 309 | Pues a trabajar. | | RIV | Well, to work. |
| 310 | ¿A trabajar... | | DIE | To work... |
| 311 | A trabajar, a mantener mi familia pues. | | RIV | To work, to support my family... |
| 312 | ¿Por... por cuánto tiempo? | | DIE | For... for how long? |
| 313 | Pues... pues hasta que... se pudiera. | | RIV | Well... well, until it... it was possible. |
| 314 | Entonces, o sea, dices que está tu hija aquí, | | DIE | So, I mean, you're saying that your daughter |
| 315 | ¿entonces con qué propósito [ui]? | | | is here, then with what purpose [ui]? |
| 316 | Pa' mantener a mi hija pues. | | RIV | Well, to support my daughter. |
| 317 | Okey. | | DIE | Okay. |
| 318 | Pa' trabajar pa' ella, pa' mi familia pues. | | RIV | Well, to work for her, for my family. |
| 319 | Okey. | 00:13:01 | DIE | Okay. |
| 320 | Pa' salir pa'delante. | | RIV | To get ahead. |
| 321 | ¿Cuál era su destino en los Estados Unidos? | | DIE | What was your destination in the United States? |
| 322 | *Porterville, California.* | | RIV | *Porterville, California.* |
| 323 | *¿Porterville, California?* Okey. ¿Tiene miedo de | | DIE | *Porterville, California.* Okay. Are you afraid of |
| 324 | ser perseguido o torturado si usted regresa a su | | | being persecuted or tortured if you return to |
| 325 | país? | | | your country? |
| 326 | No creo. No. | | RIV | I don't think so. No. |
| 327 | O sea, ¿te anda buscando... te... te andan | | DIE | I mean, is someone looking for... are people |
| 328 | buscando por algo? ¿Tienes miedo de ser, ah... | | | looking for you for any reason? Are you afraid of being, uh... |
| 329 | No, pues... | | RIV | Well, no... |
| 330 | ... perseguido? | | DIE | ... persecuted? |
| 331 | No, pues nomás no... | | RIV | No, well, it's just that I'm not... |
| 332 | Okey. | | DIE | Okay. |
| 333 | ... no conozco allá. Está cabrón allá. | | RIV | ... I'm not familiar with that area. It's tough there. |
| 334 | Okey. | 00:13:30 | DIE | Okay. |
| 335 | [Coughs] | | | [Coughs] |
| 336 | ¿Alguna persona le ha prometido cualquier cosa | | | Has anybody promised you anything to make |
| 337 | para hacer esta declaración? | | | this statement? |
| 338 | No. | | RIV | No. |

| | TRANSCRIPTION | | | TRANSLATION |
|---|---|---|---|---|
| 339 | Okey. ¿Alguna persona le amanec... le ha | | DIE | Okay. Has anybody threat... threetened [sic] |
| 340 | amenezado [sic] hac... a hacer daños si usted, | | | you to ma... to make you harm if you, uh, |
| 341 | ah, rechaza hacer esta declaración? | | | refuse to make this statement? |
| 342 | No. | | RIV | No. |
| 343 | ¿Hay alguna otra cosa que usted desea decir? | | DIE | Is there anything else you'd like to say? |
| 344 | Que me den chanza. | | RIV | Give me a break [ui]. |
| 345 | ¿Eh? | | DIE | Huh? |
| 346 | Que me den chanza [ui]. | | RIV | Give me a break. |
| 347 | ¿Chanza de qué? | | DIE | A break with what? |
| 348 | O sea, de salir o [ui]. | | RIV | I mean, to get out or [ui]. |
| 349 | Okey. Ah, ¿sabes por qué... Sí le expliqué antes, | 00:14:06 | DIE | Okay. Uh, do you know why... I did explain to |
| 350 | ah... Sí... Sí le expliqué antes la razón que | | | you before, uh... I did... I did explain to you the |
| 351 | estamos ha... ha... haciendo el, eh... el caso, eh, | | | reason why we're ma... ma... making the, uh... |
| 352 | criminal tocante a usted. Es que entró usted a | | | the case, uh, criminal regarding you. It's |
| 353 | los Estados Unidos después de ser, eh... de | | | because you entered the United States after |
| 354 | haber sido deportado. ¿Sí entiendes eso? | | | being, uh... after having been deported. You |
| | | | | do understand that? |
| 355 | [ui]... | | RIV | [ui]... |
| 356 | [Voices overlap] | | | [Voices overlap] |
| 357 | Que fuistes deportado antes... | | DIE | That you were deported before... |
| 358 | Ajá, ¿por eso yo [ui]... | | RIV | Ah-hah, is that why I [ui]... |
| 359 | ... y estás regresando pa'trás. | | DIE | ... and you're coming back. |
| 360 | ... por eso ahora... por eso es caso criminal? | | RIV | ... is that why now... is that why it's a criminal case? |
| 361 | Sí. | | DIE | Yes. |
| 362 | Oh. | | RIV | Oh. |
| 363 | ¿Okey? | | DIE | Okay? |
| 364 | Pues no sé. | | RIV | Well, I don't know. |
| 365 | ¿Okey? Y, ah, aparte de tener antecedentes, ah, | 00:14:35 | DIE | Okay? And, uh, besides having a criminal, |
| 366 | criminales. ¿Okey? *This concludes the sworn* | | | uh, background. Okay? *This concludes the* |
| 367 | *statement. The time now is... Uh, do you have* | | | *sworn statement. The time now is... Uh, do* |
| 368 | *the same time that... that I do?* | | | *you have the same time that... that I do?* |
| 369 | *This doesn't have a time.* | | KEN | *This doesn't have a time.* |
| 370 | *Okay, here. I'm [ui] to check the time again. The* | | DIE | *Okay, here. I'm [ui] to check the time again.* |
| 371 | *time is 2:43 p.m.* | | | *The time is 2:43 p.m.* |

| TRANSCRIPTION | TRANSLATION |
|---|---|
| [End of recording] | [End of recording] |
| [End of transcription] | [End of translation] |