FILED

JUL 14 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1453-LAB |
| Plaintiff, | I N F O R M A T I O N<br>**(Superseding)** |
| v. | Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor); |
| DAVID RIVERA, | Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about April 27, 2008, within the Southern District of California, defendant DAVID RIVERA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

<u>Count 2</u>

On or about April 28, 2008, within the Southern District of California, defendant DAVID RIVERA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 7-14-08

KAREN P. HEWITT
United States Attorney

ALESSANDRA P. SERANO
Assistant U.S. Attorney