AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
JUL 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| DAVID RIVERA | CASE NUMBER: 08CR1453-LAB |

I, DAVID RIVERA, the above named defendant, who is accused of violating Title 8, United States Code, Section 1325– illegal entry, a felony, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on July 14, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER